# Exhibit 1

**Exhibit 1**

## SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.    **Style of the Case:**
      Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and
      Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the
      attorney(s) of record for each party named and include their bar number, firm name, correct mailing
      address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Gary N. Wray | Plaintiff Pro Per | |
| McKesson Specialty Arizona | Defendant | Leah S. Freed, SBN 021332<br>Justin B. Caresia, SBN 034007<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>2415 E. Camelback Road, Suite 800<br>Phoenix, AZ 85016<br>602-778-3700 |
| | | |

2.    **Jury Demand:**
      Was a Jury Demand made in another jurisdiction?     Yes  ⦿          No  ◯
      If "Yes," by which party and on what date?

      _____          _____

3.    **Answer:**
      Was an Answer made in another jurisdiction?     Yes  ◯          No  ⦿
      If "Yes," by which party and on what date?

      _____          _____

4.      **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| None | | |
| | | |
| | | |

5.      **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| McKesson Specialty Arizona, now known as RxC Acquisition Company | Improper Service |
| | |
| | |

6.      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| | |
| | |
| | |

7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Violations of Title VII of the Civil Rights Act of 1964 |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# Exhibit 2

**Exhibit 2**

# Civil Court Case Information – Case History

## Case Information

Case Number:   CV2020-014310          Judge:      Stephens, Sherry
File Date:     11/9/2020              Location:   Downtown
Case Type:     Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Gary N Wray | Plaintiff | Male | Pro Per |
| McKesson Speciality Arizona | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 11/9/2020 | COM - Complaint | 11/10/2020 | Plaintiff(1) |
| 11/9/2020 | CSH - Coversheet | 11/10/2020 | Plaintiff(1) |
| 11/9/2020 | CCA - Cert Compulsory Arbitration | 11/10/2020 | Plaintiff(1) |
| 11/9/2020 | NJT - Not Demand For Jury Trials | 11/10/2020 | Plaintiff(1) |
| 11/9/2020 | ADW - Application Deferral/Waiver | 11/10/2020 | Plaintiff(1) |
| 11/9/2020 | ODF - Order Deferring Court Fees | 11/10/2020 | |
| 11/9/2020 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 11/10/2020 | Plaintiff(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

# Exhibit 3

**Exhibit 3**

Person Filing: Gary N Wray

Address (if not protected): 6929 E 2nd Street #12

City, State, Zip Code: Scottsdale AZ 85251

Telephone: 480-331-9505

Email Address: garynwray@gmail.com

Lawyer's Bar Number: N/A

JEFF FINE
Clerk of the Superior Court
By Clarissa Cruz, Deputy
Date 11/09/2020 Time 15:12:17

| Description | Amount |
| --- | --- |
| CASE# CV2020-014310 | |
| CIVIL NEW COMPLAINT | 333.00 D |
| TOTAL AMOUNT | 0.00 |

Receipt# 28014810

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Gary N Wray
_____
Name of Plaintiff

Case Number: CV 2020-014310

Title: **CIVIL COMPLAINT**

McKesson Speciality Arizona
_____
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☐ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

    ☐ Tier 1 = Actions claiming $50,000 or less in damages.

    ☒ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

       OR Actions claiming nonmonetary relief.

    ☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is Gary N Wray

4.  The Defendant in this case is McKesson Speciality Arizona

## STATEMENT OF FACTS AND BREACH

5.  DEFENDEANT KNOWINGLY TERMINATED MY EMPLOYMENT WITHOUT CAUSE AND TRIED

    TO LIE ABOUT THE EVENTS OF JULY 26TH 2019 TO THE STATE OF ARIZONA

6.  DEFENDANT SABOTAGED MY EMPLOYMENT, WAGES, EMPLOYEE STOCK, 401K, SAVINGS,

    ALONG WITH THE EMOTIONAL TOLL AND STRESS TO BEING UNEMPLOYED AND BROKE

7.  DEFENDANT CREATED AN ELONGATED INVESTIGATION THAT DRAINED MY FINANCIAL

    ACCOUNTS, STOCK, 401K, AND SAVINGS WHILE WITHOLDING MY PAY AND INVESTMENTS

8.  DEFENDANT RUINED MY CAREER AND MANY OTHERS WITH A TOXIC ENVIORMENT

    AND THE ABILITY TO RUIN MY FANINACIAL FUTURE.

9.  _____

10._____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(1  ) DETERMINATIONCOF DEPUTY NOTICE TO CLAIMANT

ARIZONA DEPARTMENT OF ECONOMIC SECURITY

(   ) NOTICE OF SUIT RIGHTS

ELIZABETH CADLE, DISTRICT DIRECTOR

(   ) _____

_____

(   ) _____

_____

(   ) _____

_____

(   ) _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(   ) _____

_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(1    ) MCKESSON EMPLOYEE STOCK _____

_____

(2    ) MCKESSON 401K _____

_____

(3    ) MCKESSON HSA _____

_____

(4    ) LOST INCOME: INVESTMENTS & WAGES(UP TO 10 YEARS) _____

_____

(If you need more space  add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this _____11-9-20_____.
                    (Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gary N. Wray<br>6929 E. 2nd Street<br>#12<br>Scottsdale, AZ 85251 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 540-2020-03098 | Patricia A. Miner,<br>Supervisory Investigator | (602) 661-0040 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

|  |  |
| --- | --- |
| _(signature)_ | 8/20/2020 |
| Elizabeth Cadle,<br>District Director | (Date Mailed) |

Enclosures(s)

cc:   Kelechi Onwumere
      Sr. Employee Relations Consultant
      **MCKESSON**
      6535-6555 State Hwy 161
      Irving, TX 75039

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    —    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**the Genetic Information Nondiscrimination Act (GINA), or the Age**
**Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you receive this Notice.** Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    —    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 — not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    —    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    —    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 540-2020-03098 |

| **Arizona Attorney General's Office, Civil Rights Division** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Gary N. Wray** | **(480) 331-9505** | **1982** |

| Street Address | City, State and ZIP Code |
|---|---|
| **6929 E. 2nd Street, #12, Scottsdale, AZ 85251** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **MCKESSON SPECIALTY ARIZONA INC U191** | **500 or More** | **(480) 663-4000** |

| Street Address | City, State and ZIP Code |
|---|---|
| **5701 N. Pima Road,  Scottsdale, AZ 85250** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest            Latest |
| ☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | **07-22-2019        07-26-2019** |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed as a Customer Service Representative from approximately August 2018 until July 26, 2019. During my employment I have applied for numerous positions, and even though I possess the knowledge, skills, and education to perform them, I haven't been promoted. I was treated differently from other Non-Blacks as well as females as they were promoted to positions that were never posted by Ms. Antoinette Hammer. I believe this employer has a culture of hiring Blacks for entry level positions, and then denying them the ability to promote.

On or about July 26, 2019, I once again made my employer aware that I felt I was being treated differently based on my race, and subsequently my employment was terminated.

I believe I was discriminated against because of my race (Black), sex (Male), color, and retaliated against for complaining to my employer, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7-20-2020 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
Unemployment Insurance Program
**PO BOX 29225 MAIL DROP 5895**
**PHOENIX AZ 85038-9225**

UB-100 (02/18)

Local Office No.      830
Social Security No.   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
Claimant      **GARY N WRAY**
Employer No.      2621890-000
Employer HDS

(520)  791-2722 Appeal Telephone
(602)  257-7063 Appeal Fax

**GARY N WRAY**
**6929 E 2ND ST APT 12**
**SCOTTSDALE AZ 85251-5331**

Date    10/07/2019
Deputy No.      062

## DETERMINATION OF DEPUTY
### NOTICE TO CLAIMANT

You are eligible for Unemployment Insurance.

Discharged from Employment, A.R.S. 23-775.2, Insubordination A.A.C. R6-3-51255

Your employer discharged you because you refused to follow reasonable instructions. You deny the allegation. You state you performed the work as you were told. No evidence has been presented to refute your statement. A disregard of your employer's interests has not been established.

### NOTICE TO EMPLOYER
Your experience rating account will be charged.

**NOTICE TO ALL INTERESTED PARTIES - APPEAL RIGHTS**
This determination becomes final unless a written appeal is filed by telephone, by mail, by fax or in person within 15 calendar days after the mailing date shown at the top of this determination. If the last day of the appeal period falls on a Saturday, Sunday, or holiday, the appeal period will be extended to the next working day. Please see reverse for further information.

ARIZONA DEPARTMENT OF ECONOMIC SECURITY                             UB-438 (02/18)
Unemployment Insurance Program
**PO BOX 29225 MAIL DROP 5895**
**PHOENIX AZ  85038-9225**


**FAX: (520)770-3357**
**FAX: (602)364-1211**          Fax or return the forms to the address or fax number located on the left.


**GARY N WRAY**                        Date:        09/18/2019
**6929 E 2ND ST APT 12**              Claim N3R:   0011685877
**SCOTTSDALE AZ 85251-5331**


                                          EMPLOYER
                              HDS

Benefit payments are pending because of your discharge. Answer the questions
below in detail and return this form within five calendar days from the mail
date. Although you may have answered some of these questions before, this
information is needed to process your claim. Failure to answer each question
and return this form will result in a determination being issued based on the
available information. In order for your claim to remain active you must file
your weekly claim each week.

List the hours and days you were scheduled to work.

What was the Name and Title of the person who discharged you?

What was your Position/Title at the time of discharge?

What was the last day you performed services for this employer?
What date did your employer discharge you?
What reason did the employer give you for your discharge?


Explain why you feel you were discharged (provide dates).


Were there any prior warnings?   If yes, what, when and how were they given
and by whom?


Were you aware that your actions could result in termination?   If yes, please
explain.

Visit ARIZONA@WORK at www.azjobconnection.gov to assist with your job search.

If you need additional space to answer questions, please use the bottom portion
of this form.



# Exhibit 4

**Exhibit 4**

Person Filing: Gary Wray
Address (if not protected): 6929 E 2nd Street #12
City, State, Zip Code: Scottsdale AZ 85051
Telephone: 440 331 9505
Email Address: gary nwray@gmail
Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
C. CRUZ, DEP

2020 NOV -9 PM 3: 27

For Clerk's Use Only

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Gary Wray
**Name of Petitioner/Plaintiff**

McKesson Speciality Arizona
**Name of Respondent/Defendant**

Case Number: CV 2020-014310

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA    )
                    ) ss.
COUNTY OF _____  )

NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I have requested a deferral or waiver of the following fees in my case:

☒ **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

[ ]  I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

[ ]  It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

_____

_____

[ ]  An enforceable injunction against harassment has been granted to me against the person to be served.

Case Number: _____

[X] **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

[ ] This is what I did to try to find the other party (explain):

_____

_____

[ ] I have contacted the person(s) listed below to try to find the location of the other party.

| NAME | ADDRESS |
|------|---------|

_____

_____

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/9/2020

Signature

Gary Wray
Applicant's Printed Name

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) 11/9/2020 , the last known address of the person to be served as: 4343 N Scottsdale Road  Scottsdale AZ 85251 )
6001 N Pima Rd

Person Filing: Gary Wray
Address (if not protected): 6929 E 2nd Street #12
City, State, Zip Code: Scottsdale, AZ 85251
Telephone: 480-331-9505
Email Address: garynwray@gmail.com
Lawyer's Bar Number:

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
C. CRUZ. DEP

2020 NOV -9 PM 3: 14

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Gary N Wray
**Name of Petitioner/Plaintiff**

**Case Number:** CV 2020-014310

**ORDER REGARDING DEFERRAL OR WAIVER
OF COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT**

McKesson Speciality Arizona
**Name of Respondent/Defendant**

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT
THE REST OF THE FORM.**

---

**THE COURT FINDS** that the applicant (print name) Gary Wray :

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

OR

2. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility.  As required by
State  law, the applicant has signed a consent to entry of judgment.

OR

3. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

OR

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown.  As required by
state law, the applicant has signed a consent to entry of judgment.

OR

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to
pay (A.R.S. § 12-302(D)).

OR

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

OR

Case Number: _____

**7.** ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

**IT IS ORDERED:**

☐ **DEFERRAL IS DENIED** for the following reason(s):

☐ The application is incomplete because _____

**You are encouraged to submit a complete application.**

☐ The applicant does not meet the financial criteria for deferral because _____
_____

**A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☒ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

☐ **SCHEDULE OF PAYMENTS.**
The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and/or costs in this case.

☐ **WAIVER IS GRANTED** for all fees and/or costs in this case that may be waived under A.R.S. § 12-302(H).

☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f – 050119
Use current version

Case Number: _____

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

    A.  Fees and costs are taxed to another party;

    B.  The applicant has an established schedule of payments in effect and is current with those payments;

    C.  The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

    D.  In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

    E.  Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

        1.  Pays the fees and costs; or,

        2.  Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply. If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: NOV 0 9 2020 _____

☐ Judicial Officer   ☒ Special Commissioner

I CERTIFY that I mailed/delivered/provided a copy of this document to:

C. Cruz
Deputy Clerk

☒ Applicant  ☐ at the above address ☒ in court

☐ Applicant's attorney  ☐ at the above address ☐ in court

Date: NOV 0 9 2020 _____  By: _____
Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f – 050119
Use current version

Person Filing: _Gary Wray_
Address (if not protected): _6529 E 2nd Street #12_
City, State, Zip Code: _Scottsdale AZ 85251_
Telephone: _480 331 9505_
Email Address: _garynwray@gmail.com_
Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer  or  [ ] Attorney for  [ ] Petitioner  OR  [ ] Respondent

CLERK OF THE
SUPERIOR COURT
FILED
C. CRUZ, DEP

2020 NOV -9 PM 3: 14

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_Gary Wray_
**Name of Petitioner/Plaintiff**

_McKesson Specialty Arizona_
**Name of Respondent/Defendant**

CV 2020-014310

Case Number: _____

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA          )
                          ) ss.
COUNTY OF _____     )

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena,  the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note.** All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.

1.   [ ] **DEFERRAL:** I receive government assistance from the state or federal program marked below or
      am represented by a not for profit legal aid program:
      [ ]  Temporary Assistance to Needy Families (TANF)
      [ ]  Food Stamps
      [ ]  Legal Aid Services

2.   [ ] **WAIVER:**
      [ ]  I receive government assistance from the federal Supplemental Security Income (SSI)
          program.

© Superior Court of Arizona in Maricopa County
   ALL RIGHTS RESERVED
ADW

Page 1 of 4

GNF11f - 060115
Use current version

Case Number: _____

**3. FINANCIAL QUESTIONNAIRE**
**SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|------|--------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**STATEMENT OF INCOME AND EXPENSES**

Employer name: _Caremark LLC_

Employer phone number: _____

[ ] I am unemployed (explain): _____
_____

My prior year's gross income: $ 35,000

**MONTHLY INCOME**

My total monthly gross income: $ 1200 X 2

My spouse's monthly gross income (if available to me): $ _____

Other current monthly income, including spousal maintenance/support, retirement, rental, interest, pensions, and lottery winnings: $ _____

**TOTAL MONTHLY INCOME** $ 2400.00

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ 1200 | $ _____ |
| Car payment | $ 600 | $ _____ |
| Credit card payments | $ 300 | $ _____ |
| Explain: _____ | | |
| Other payments & debts | $ _____ | $ _____ |
| Household | $ 100 | |
| Utilities/Telephone/Cable | $ 400 | |
| Medical/Dental/Drugs | $ _____ | |
| Health insurance | $ 200 | |
| Nursing care | $ _____ | |
| Tuition | $ _____ | |
| Child support | $ _____ | |
| Child care | $ _____ | |
| Spousal maintenance | $ _____ | |
| Car insurance | $ 200 | |
| Transportation | $ 100 | |
| Other expenses (explain) | $ _____ | |

**TOTAL MONTHLY EXPENSES** $ 2900

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW
Page 2 of 4
GNF11f - 060115
Use current version

Case Number: _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

|  | ESTIMATED VALUE |
|---|---|
| Cash and bank accounts | $ 300 |
| Credit union accounts | $ 0 |
| Other liquid assets | $ 0 |
| **TOTAL ASSETS** | $ 300 |

**The basis for the request is:**

4.  [X] **DEFERRAL:**

A.  [X] My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

**OR**

B.  [ ] I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date.  **Explain.**

_____

_____

**OR**

C.  [ ] My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| DESCRIPTION OF EXPENSES | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $_____ |

5.  [ ] **WAIVER:**

I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

© Superior Court of Arizona in Maricopa County
   ALL RIGHTS RESERVED
ADW

Page 3 of 4

GNF11f - 060115
Use current version

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

# OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

11/9/2020
_____
Date

_____
Signature

Gary Wray
_____
Applicant's Printed Name

**JEFF FINE, CLERK**

NOV 0 9 2020
_____
Date

_____
Judicial Officer, Deputy Clerk or Notary Public

**C. Cruz**
**Deputy Clerk**

_____
My Commission Expires/Seal:

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 4 of 4

GNF11f - 060115
Use current version

Person Filing: Gary N Wray

Address (if not protected): 6929 E 2nd Street #12

City, State, Zip Code: Scottsdale AZ 85251

Telephone: 480-331-9505

Email Address: garynwray@gmail.com

Lawyer's Bar Number: N/A

CLERK OF THE
SUPERIOR COURT
FILED
C. CRUZ, DEP
For Clerk's Use Only
2020 NOV -9 PH 3: 15

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Gary N Wray
**Name of Plaintiff**

McKesson Speciality Arizona
**Name of Defendant**

Case Number: **CV 2020-014310**

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, Gary N Wray_____, demands a trial by jury in this case. If this

*(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this __6/9/20__

*(Date of signature)*

_____

(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

CVC11f 050718

Person Filing: **Gary N Wray**

Address (if not protected): **6929 E 2nd Street #12**

City, State, Zip Code: **Scottsdale AZ 85251**

Telephone: **480-331-9505**

Email Address: **garynwray@gmail.com**

Lawyer's Bar Number: **N/A**

Representing ☑ **Self, without a Lawyer**  or  ☐ **Attorney for**  ☐ **Plaintiff**  OR  ☐ **Defendant**

CLERK OF THE
SUPERIOR COURT
FILED
C. CRUZ. DEP
2020 NOV -9 PM 3: 15

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Gary N Wray

_____
PLAINTIFF,

vs.

McKesson Speciality Arizona

McKesson Irving, TX
DEFENDANT.

**CV 2020-014310**

Case Number: _____

# CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☐ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____

_____

SUBMITTED this_____day of_____, 20_____.

SIGNATURE _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                              Page 1 of 1

CV03f 120319

**In the Superior Court of the State of Arizona**

**In and For the County of** Maricopa

Case Number CV 2020-014310

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney SELF

Attorney Bar Number _____

Is Interpreter Needed? ☐ Yes  ☒ No

If yes, what language(s): _____

_____

CLERK OF THE
SUPERIOR COURT
FILED
C. CRUZ, DEP
2020 NOV -9 PH 3: 14

Plaintiff's Name(s): (List all)     Plaintiff's Address:          Phone #:          Email Address:
Gary N Wray

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
McKesson Speciality Arizona

(List additional Defendants on page two and/or attach a separate sheet)

**RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:**

**IMPORTANT: Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $240,000          ☐ Tier 1    ☒ Tier 2    ☐ Tier 3

**NATURE OF ACTION**

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury\*

☐ 102 Property Damage\*
☐ 103 Wrongful Death\*

Case No. _____

## 110 TORT NON-MOTOR VEHICLE:

- ☒ 111 Negligence* *GW* 11/9/20
- ☐ 112 Product Liability – Asbestos*
- ☐ 112 Product Liability – Tobacco*
- ☐ 112 Product Liability – Toxic/Other*
- ☐ 113 Intentional Tort*
- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☐ 118 Slander/Libel/Defamation*
- ☒ 116 Other (Specify) RETALIATION  *• GW 11/9/20*

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*
- ☐ 122 Physician D.O*
- ☐ 123 Hospital*
- ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☐ 134 Other Contract (i.e. Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
    - ☐ 136 Six to Nineteen Structures*
    - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ Special Action against Lower Courts
    (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge
    (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
    (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☒ 183 Employment Dispute- Discrimination*  *GW 11/9/20*

Case No._____

☒ 185 Employment Dispute-Other*  *GW* N/9/20

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License

☐ 195(b) Amendment of Birth Certificate

☒ 163 Other*  *GW* 4/9/20

**Wrongful Termination**

(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order        ☐ Provisional Remedy        ☐ OSC        ☐ Election Challenge

☐ Employer Sanction        ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

KELECHI ONWUMERE SR. EMPLOYEE RELATIONS CONSILTANT, MCKESSON

6535-6555 STATE HWY 161, IRVING, TX 75039

_____

© Superior Court of Arizona in Maricopa County        Page 3 of 3        CV10f - 010119

ALL RIGHTS RESERVED

# Exhibit 5

**Exhibit 5**

Leah S. Freed, SBN 021332
Justin B. Caresia, SBN 034007
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750
leah.freed@ogletree.com
justin.caresia@ogletree.com

Attorneys for Defendant McKesson Specialty
Arizona, now known as RxC Acquisition
Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gary N. Wray, | No. |
| Plaintiff, | **DECLARATION OF JUSTIN CARESIA** |
| v. | |
| McKesson Specialty Arizona, | |
| Defendant. | |

I, Justin Caresia, declare as follows:

1.      I am over the age of 18 and am competent to testify as to all matters set forth herein and would testify if called upon to do so.

2.      I have personal knowledge of all the matters set forth herein.

3.      I am counsel of record for Defendant McKesson Specialty Arizona, now known as RxC Acquisition Company, in this matter.

4.      Pursuant to LRCiv 3.6(b), I verify that true and accurate copies of all pleadings and other documents filed in the state court proceeding, case number CVCV2020-014310, have been filed with this Court.

Executed this 9<u>th</u> day of December 2020 in Phoenix, Arizona.

_____
Justin B. Caresia

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

# Exhibit 6

**Exhibit 6**



# Delaware

### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"MCKESSON SPECIALTY ARIZONA INC.", A DELAWARE CORPORATION,

WITH AND INTO "RXC ACQUISITION COMPANY" UNDER THE NAME OF
"RXC ACQUISITION COMPANY", A CORPORATION ORGANIZED AND EXISTING
UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED
IN THIS OFFICE ON THE FIRST DAY OF JULY, A.D. 2019, AT 2:57
O`CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE
NEW CASTLE COUNTY RECORDER OF DEEDS.



Jeffrey W. Bullock, Secretary of State

3995266  8100M
SR# 20195759638

Authentication: 203140496
Date: 07-01-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:57 PM 07/01/2019
FILED 02:57 PM 07/01/2019
SR 20195759638 - File Number 3995266

# STATE OF DELAWARE
# CERTIFICATE OF MERGER OF
# DOMESTIC CORPORATIONS

Pursuant to Title 8, Section 251 of the Delaware General Corporation Law, the undersigned corporation executed the following Certificate of Merger:

**FIRST:** The name of the surviving corporation is RxC Acquisition Company _____, and the name of the corporation being merged into this surviving corporation is McKesson Specialty Arizona Inc. _____.

**SECOND:** The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations.

**THIRD:** The name of the surviving corporation is RxC Acquisition Company a Delaware corporation.

**FOURTH:** The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

**FIFTH:** The merger is to become effective on July 1, 2019.

**SIXTH:** The Agreement of Merger is on file at 6535 State Highway 161, Irving, TX 75039 _____, the place of business of the surviving corporation.

**SEVENTH:** A copy of the Agreement of Merger will be furnished by the surviving corporation on request, without cost, to any stockholder of the constituent corporations.

**IN WITNESS WHEREOF,** said surviving corporation has caused this certificate to be signed by an authorized officer, the 1st day of July ,A.D., 2019 .

By: _____
Authorized Officer

Name: Melissa Wu
Print or Type

Title: Assistant Secretary

# Exhibit 7

**Exhibit 7**

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| RXC ACQUISITION COMPANY | 2019 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 3995266 | 2005/07/05 | | |

**PRINCIPAL PLACE OF BUSINESS**
201 E 4TH STREET, 900 OMNICARE CENTER
CINCINNATI, OH 45202

**PHONE NUMBER**
(415)983-8300

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2005/07/05 | | COMMON | 100 | .0100000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| MICHELE  LAU | | ONE POST ST | SECRETARY |
| | | SAN FRANCISCO, CA 94104 | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| KIRK  KAMINSKY | | 10101 WOODLOCH FOREST DRIVE |
| | | THE WOODLANDS, TX 77380 |
| MICHELE  LAU | | ONE POST ST |
| | | SAN FRANCISCO, CA 94104 |
| TODD E BALDANZI | | 6555 NORTH STATE HIGHWAY 161 |
| | | IRVING, TX 75039 |

*NOTICE:  Pursuant to 8 Del. C.  502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)
MICHELE  LAU
ONE POST ST
SAN FRANCISCO, CA 94104 US

DATE
2020/01/14

TITLE
SECRETARY

# *State of Delaware*

# *Annual Franchise Tax Report*

| CORPORATION NAME | TAX YR. |
|---|---|
| RXC ACQUISITION COMPANY | 2019 |

| FILE NUMBER | FEDERAL EMPLOYER ID NO. |
|---|---|
| 3995266 | |

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.          DEC. 31st.

**Date(s) of Inactivity**
From          To

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| | | |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $175.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $225.00 | $225.00 | |

# Exhibit 8

**Exhibit 8**

Leah S. Freed, SBN 021332
Justin B. Caresia, SBN 034007
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
leah.freed@ogletree.com
justin.caresia@ogletree.com

Attorneys for Defendant McKesson Specialty
Arizona, now known as RxC Acquisition
Company

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| Gary N Wray,<br><br>          Plaintiff,<br><br>      v.<br><br>McKesson Specialty Arizona,<br><br>          Defendant. | No. CV2020-014310<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>(Assigned to the Honorable Sherry Stephens) |

**To the Clerk of the above-entitled Court:**

PLEASE TAKE NOTICE that Defendant McKesson Specialty Arizona, now known as RxC Acquisition Company, has filed a Notice of Removal of this action with the United States District Court for the District of Arizona. A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 9th day of December 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/Leah S. Freed
      Leah S. Freed
      Justin B. Caresia
      Esplanade Center III, Suite 800
      2415 East Camelback Road
      Phoenix, AZ 85016
      Attorneys for Defendant McKesson Specialty
      Arizona, now known as RxC Acquisition
      Company

**ORIGINAL E-FILED AND COPY**
of the foregoing mailed and emailed
this 9th day of December 2020 to:

Gary N. Wray
6929 E. 2nd Street, #12
Scottsdale, AZ 85251
garynwray@gmail.com


By:  /s/ Bernadette Young

45134349.1

2