# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Noble Wray,<br><br>        Plaintiff,<br><br>v.<br><br>McKesson Speciality Arizona, et al.,<br><br>        Defendants. | **NO. CV-20-02381-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 30, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

March 30, 2023

                                    s/ Wendy Poth
                            By      Deputy Clerk